Date signed October 15, 2008



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KALMAN A. PARKER | : | Case No. 07-20919PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| ROADLOANS/TRIAD FINANCIAL | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| KALMAN A. PARKER | : | |
| Respondent | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

**MEMORANDUM OF DECISION**

      This case is before the court on the Debtor's Motion for Reconsideration of the court's Order Terminating Automatic Stay entered September 18, 2008. The stay was lifted on account the failure of the lender to receive any payments following the filing of this bankruptcy case under Chapter 13 on November 2, 2007, so that the arrearage at the time of the hearing on the Motion for Reconsideration was $10,933.92. To this must be added the arrearage existing prior to the filing said to be $5,586.96.

      The conduct of the secured lender, Roadloans/Triad Financial has been unconscionable in the progress of this case. It is the holder of an undersecured automobile loan upon which it charges 17.49% per annum interest. According to the Debtor, it has refused to accept any payments on account. The most troubling thing to the court is that the secured creditor has refused to empower its experienced counsel of record with any authority to enter into

negotiations with the Debtor towards a resolution of this situation. Counsel is placed in the position of being a wooden Indian or an errand boy. The court is at a loss to understand the conduct of the creditor.

However, in the circumstances presented, the court cannot order this creditor to continue to advance credit to the Debtor. The Motion for Reconsideration will be denied. The accompanying Order will be effective ten (10) days after its entry. In the meanwhile, the court suggests that it would be in the interest of all concerned for the secured creditor to attempt to contact the Debtor, whose telephone number if 301-749-0326, in an effort to work out a mutually acceptable solution.

cc:
Michael J. Klima, Jr., Esq., 8600 LaSalle Road, Suite 200, Towson, MD 21286
Kalman A. Parker, 111 Autumn Lake Way, Fort Washington, MD 20744
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Roadloans/Triad Financial Corp.,
    5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180

**End of Memorandum**